## Second Department, January, 1936.

Helen Campbell, Respondent, v. The Carleton Co., Inc., Appellant, and The City of New York, Defendant.— On argument, order limiting the scope of the examination of the appealing defendant before trial modified by striking therefrom the items of examination numbered 1, 3, 4, 5 and 6, by striking from item 2 the words "was required to and," and by inserting a provision that upon such examination said defendant shall produce, for the inspection and use of plaintiff, the contract in question. As so modified, the order is affirmed, without costs; the examination to proceed on five days' notice. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

Hattie Schlesinger, as Administratrix, etc., of Jennie Goldfeder, Deceased, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant.— On argument, order granting in part plaintiff's motion for a bill of particulars modified by striking therefrom the items numbered 5 and 6, and as so modified affirmed, with ten dollars costs and disbursements to appellant; the particulars to be served within five days from the entry of the order herein. Young, Carswell, Davis and Taylor, JJ., concur; Johnston, J., not voting.

Rose D. April and Lenore April, an Infant, by Rose D. April, Her Guardian ad Litem, Respondents, v. Philip April and Joseph G. Abramson, as Trustee, under an Agreement Among Rose D. April, Philip April and Joseph G. Abramson, Dated May 18, 1928, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Young, Hagarty, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

George Borisowich and Another, Respondents, v. Inter-Boro Landlords Association, Inc., Herman Goldstein and Another, etc., Practicing under the Law Firm and Style of Goldstein & Goldstein, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

City Bank Farmers Trust Company, as Trustee under an Agreement Dated August 17, 1929, Made by Esther Gitel Klein, Appellant, v. Esther Gitel Klein and Others, Defendants, and Grigori Skidelsky, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

Hersh Cohen, Plaintiff, v. Michelina Mancuso, Defendant; Thomas A. Walsh, Respondent; Willy Ringelsbacher, Appellant.— Motion to stay the withdrawal of surplus moneys on deposit in the Kings County Trust Company to the credit of this action granted as to one-sixth thereof, amounting to the sum of $179.75, upon condition that appellant perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

The Reuben H. Donnelley Corporation, Respondent, v. Albert R. Rohrer, Doing Business under the Trade Name of Acorn Employment Agency, Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Young, Carswell, Davis, Adel and Taylor, JJ.